IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDDIE POINDEXTER**                                                                    PLAINTIFF
ADC #121353

v.                                        No. 4:24-cv-258-DPM

**SARAH HUCKABEE SANDERS,**
Governor                                                                                  DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Poindexter hasn't filed an amended complaint; and the time to do so has passed. *Doc. 7 at 5*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 October 2024