IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EDDIE POINDEXTER                                                    PLAINTIFF
ADC #121353

v.                              No. 4:24-cv-258-DPM

SARAH HUCKABEE SANDERS,
Governor                                                            DEFENDANT

## JUDGMENT

Poindexter's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 October 2024